# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 20, 2016

Mr. Mark Roy Bendure
Bendure & Thomas
15450 E. Jefferson Avenue
Suite 110
Grosse Pointe Park, MI 48230

Mr. John P. Jacobs
Law Office
500 Griswold Street
Suite 2825 Guardian Building
Detroit, MI 48226

Mr. Jonathan Christian Martin
Smith, Martin, Powers & Knier
P.O. Box 219
Bay City, MI 48707

Mr. Douglas P. Vanden Berge
Rhoades McKee
55 Campau Avenue, N.W.
Suite 300
Grand Rapids, MI 49503

Re: Case No. 15-2498/15-2523/15-2524, *Carrie Brigner v. Michael Mekaru, et al*
Originating Case No. : 1:15-cv-00757

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in these cases.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc:  Mr. Thomas Dorwin

Enclosure

No mandate to issue

Case No. 15-2498/15-2523/15-2524

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CARRIE BRIGNER, as Next of Friend of Hannah Brigner-Taylor, a minor.

      Plaintiff - Appellee

v.

MICHAEL MEKARU, MD; TRACY J. WINTERS, MD; PEDIATRIC ASSOCIATES OF BIG RAPIDS, P.C., Jointly and Severally

      Defendants

 and

MECOSTA COUNTY MEDICAL CENTER

      Defendant - Appellant

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

parties' stipulation to dismiss,

   It is **ORDERED** that these cases are dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.

                           **ENTERED PURSUANT TO RULE 33,**
                           **RULES OF THE SIXTH CIRCUIT**
                           Deborah S. Hunt, Clerk

Issued: September 20, 2016